RECEIVED
AUG - 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LAWRENCE SAMUELS | CIVIL ACTION NO. 1:15-00111 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| T G WERLICH | MAG. JUDGE PEREZ-MONTES |

## MEMORANDUM RULING

Before the court is a "Motion to Dismiss" (R. #24) filed by defendant, T.G. Werlich wherein the mover seeks to have the instant lawsuit dismissed with prejudice. Defendant refers the court to a Stipulation filed into the record[1] wherein the parties, including the Bureau of Prisons has approved (1) the expungement of Incident Report Number 22433261 as to petitioner, Lawrence Samuels, and (2) the restoration of 27 days of Good Conduct Time relative to that Incident Report. Defendant moves to dismiss this lawsuit because based on the Stipulation, petitioner has received the remedy he asked for in his petition and therefore he can no longer satisfy the case or controversy requirement of Article III of the Constitution. The court notes that petitioner has not filed an objection to this motion. Accordingly, finding merit to this motion, the court will dismiss this lawsuit with prejudice.

**THUS DONE AND SIGNED** in Alexandria on this 1st day of August, 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. #23.